29222      M.B., In re                              Affirmed
29463      Parker v. Puhi                           Reversed